# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN KAZYAK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT OF LOS ANGELES,<br><br>　　　　Respondent. | Case No. CV 14-2906 MWF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: May 1, 2014

_____

　HON. MICHAEL W. FITZGERALD
　UNITED STATES DISTRICT JUDGE